IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

---

BLAKE MICHAEL DROZ,

    Plaintiff,

v.

DAVIS COUNTY ACCOUNTING,

    Defendant.

**DISMISSAL ORDER & MEMORANDUM DECISION**

Case No. 1:13-CV-82 DS

District Judge David Sam

---

Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2] However, Plaintiff has not complied with the Court's June 5, 2013 order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]

Accordingly, IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED without prejudice. This case is CLOSED.

DATED this 5 day of August, 2013.

BY THE COURT:

JUDGE DAVID SAM
United States District Court

---

[1] *See* 42 U.S.C.S. § 1983 (2013).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).